1  Samuel R. Miller (SBN: 66871)
   srmiller@sidley.com
2  Robert B. Martin III (SBN: 235489)
   rbmartin@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, California 94104
   Telephone:   (415) 772-1200
5  Facsimile:   (415) 772-7400

6  Attorneys For Plaintiff COPART, INC.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          CV 08         3393

11 COPART, INC., a California corporation,   )  CIVIL ACTION NO.:
12                                           )
                     Plaintiff,              )
13                                           )
      v.                                     )  **CERTIFICATION OF INTERESTED**
14                                           )  **ENTITIES**
                                             )
15                                           )
   AUTO AUCTION SERVICES CORP., a            )
16 Maryland corporation,                     )
                                             )
17                   Defendant.              )
                                             )
18                                           )
                                             )
19                                           )
                                             )
20

CERTIFICATION OF INTERESTED ENTITIES

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 14, 2008                SIDLEY AUSTIN LLP

By: _____/s/ Samuel R. Miller_____
Samuel R. Miller
Attorneys For Copart, Inc.

CERTIFICATION OF INTERESTED ENTITIES        1