1  Samuel R. Miller (SBN: 66871)
   srmiller@sidley.com
2  Robert B. Martin III (SBN: 235489)
   rbmartin@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, California  94104
   Telephone:      (415) 772-1200
5  Facsimile:      (415) 772-7400

6  Attorneys For Plaintiff COPART, INC.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 COPART, INC., a California corporation,    CV 08    CIVIL ACTION NO.: 3393
12                                     )
                           Plaintiff,  )
13                                     )
        v.                             )    **CORPORATE DISCLOSURE STATEMENT**
14                                     )
                                       )
15                                     )
   AUTO AUCTION SERVICES CORP., a      )
16 Maryland corporation,               )
                                       )
17                     Defendant.      )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20

**JCS**

| | |
|---|---|
| 1 | **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Copart certifies that as of this date, there is no parent corporation or other publicly-held corporation that owns 10% of more of Copart's stock.

Dated: July 14, 2008

SIDLEY AUSTIN LLP

By: _____
Samuel R. Miller
Attorneys For Copart, Inc.