AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California



| | |
|---|---|
| Copart, Inc. <br> Plaintiff <br> v. <br> Auto Auction Services Corporation <br> Defendant | ) ) ) ) ) ) | Civil Action No. CV 08 3393 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Auto Auction Services Corporation
c/o Don A. Meadows
5901 Peachtree Dunwoody Road, #A500
Atlanta, GA  30328

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Samuel R. Miller
Robert B. Martin III
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA  94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court

Date: JUL 14 2008

ANNA SPRINKLES
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

American LegalNet, Inc.
www.FormsWorkflow.com

SF1 1504804v.1

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

                                                        _____
                                                        Server's signature

                                                         _____
                                                         Printed name and title

                                                         _____
                                                         Server's address

American LegalNet, Inc.
www.FormsWorkflow.com

SFI 1504804v.1