**Samuel R. Miller (SBN 66871)**
srmiller@sidley.com
**Robert B. Martin III (SBN 235489)**
rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
**555 California Street, Suite 2000**
**San Francisco, California  94104**
**Telephone:       (415) 772-1200**
**Facsimile:         (415) 772-7400**

**Attorneys For Plaintiff COPART, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>AUTO AUCTION SERVICES CORP.,<br><br>  Defendant. | Case No. CV-08-3393 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and respectfully requests the reassignment of this case to a United States District Judge.

Dated: July 16, 2008                    SIDLEY AUSTIN LLP


                                        By: /s/
                                            Robert B. Martin III
                                            Attorneys for Copart, Inc.

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE – CASE NO. CV-08-3393 JCS**

SF1 1505278v.1