AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Copart, Inc. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Auto Auction Services Corporation | ) |
| Defendant | ) |

CV 08 3393 JCS

CV 08 3393

## Summons in a Civil Action

To: *(Defendant's name and address)*
  Auto Auction Services Corporation
  c/o Don A. Meadows
  5901 Peachtree Dunwoody Road, #A500
  Atlanta, GA 30328

A lawsuit has been filed against you.

   Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Samuel R. Miller
Robert B. Martin III
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court

Date: JUL 14 2008

Deputy clerk's signature
ANNA SPRINKLES

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

American LegalNet, Inc.
www.FormsWorkflow.com

SF1 1504804v.1

07/22/2008 10:46   4043037890                                                      PAGE 01/01
JUL 21 2008 10:25 FR            4152789670 TO 14043037890        P.02/02

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
ROBERT B. MARTIN III (SBN 235489)
SIDLEY AUSTIN LLP
555 California Street, Suite 5000
San Francisco, CA 94104
Telephone: (415) 772-1200

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| COPART, INC. etc. | CASE NUMBER |
|---|---|
| Plaintiff, | CV 08 3393 JCS |
| V. | |
| AUTO AUCTION SERVICES CORPORATION etc. | DECLARATION OF SERVICE |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S.D.C. ECF REGISTRATION INFORMATION HANDOUT; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : AUTO AUCTION SERVICES CORPORATION

    By serving      : Valarie C. Williams, Authorized Agent

    Address         : (Home)
                      1201 West Peachtree Street
                      Atlanta, GA 30309

    Date of Service : July 16, 2008

    Time of Service : 2:30 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 17, 2008

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Georgia                       Signature: _____
Number 344                                              CLETIS REID

239763

** TOTAL PAGE.02 **

JUL 22 2008 09:13                                    4043037890       PAGE.01