1  Samuel R. Miller (SBN 66871)
   srmiller@sidley.com
2  Robert B. Martin III (SBN 235489)
   rbmartin@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, California 94104
   Telephone:    (415) 772-1200
5  Facsimile:    (415) 772-7400

6  Attorneys For Plaintiff COPART, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 COPART, INC., a California corporation,    ) Case No. CV 08-3393 JCS
                                              )
12                                            ) **PROOF OF SERVICE**
                Plaintiff,                    )
13                                            )
                                              )
14      vs.                                   )
                                              )
15                                            )
   AUTO AUCTION SERVICES CORP., a             )
16 Maryland corporation,                      )
                                              )
17              Defendant.                    )
                                              )
18 _____  )

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, San Francisco, California 94104.

On July 23, 2008, I served the following document(s) described as:

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on all interested parties in this action as follows (or as on the attached service list):

Valarie C. Williams
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 253-8892
Email: valarie.williams@alston.com

☒ (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

☐ (HAND DELIVERY) I caused the document(s) to be delivered by hand by a courier service to the addressee(s) shown above unless otherwise noted.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 23, 2008, at San Francisco, California.

_____
Hope Stuart