1  Samuel R. Miller (SBN 66871)
   tscott@sidley.com
2  Robert B. Martin III (SBN 235489)
   rbmartin@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, California 94104
   Telephone:   (415) 772-1200
5  Facsimile:   (415) 772-7400

6  Attorneys For Plaintiff COPART, INC.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | COPART, INC., a California corporation, ) Civil Action No. CV-08-3393-JSW
                                            )
13 |                      Plaintiff,         )
                                            ) **STIPULATION AND [PROPOSED]**
14 | v.                                     ) **SCHEDULING ORDER**
                                            )
15 |                                         )
   | AUTO AUCTION SERVICES CORP., a         )
16 | Maryland corporation,                   )
                                            )
17 |                      Defendant.         )
                                            )
18 |                                         )

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] SCHEDULING ORDER – CASE NO. CV-08-3393-JSW**

**STIPULATION**

WHEREAS, on July 14, 2008, Plaintiff Copart, Inc. ("Copart") filed a Complaint in this action;

WHEREAS, on July 16, 2008, Copart properly served Defendant Auto Auction Services Corporation ("AASC") with the Complaint pursuant to Federal Rule of Civil Procedure 4(h)(1)(B), thus setting August 5, 2008 as the last day for AASC to file a responsive pleading to the Complaint; *see* Fed. R. Civ. P. 12(a)(1)(A)(i);

WHEREAS, because of the complexity of the factual and legal issues presented in the Complaint, AASC needs additional time beyond August 5, 2008 to investigate properly the allegations made in the Complaint and prepare an appropriate responsive pleading;

WHEREAS, the parties have met and conferred regarding AASC's request to extend the time to file a responsive pleading to the Complaint to August 25, 2008, and counsel for Copart stipulates to the extension proposed herein;

WHEREAS, this Stipulation does not constitute a waiver by AASC of *any* defense, including but not limited to the defenses of lack of personal jurisdiction or improper venue.  AASC expressly reserves its right to raise all defenses in response to the current Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the last day for AASC to file a responsive pleading to the Complaint is August 25, 2008.

Respectfully submitted,

Dated:  July 30, 2008                                        SIDLEY AUSTIN LLP


By: /s/ Robert B. Martin III
    Robert B. Martin III
    Attorneys For Plaintiff Copart, Inc.

1 | Dated: July 30, 2008                                    ALSTON & BIRD LLP

By: /s/ Valarie C. Williams
    Valarie C. Williams
    Attorneys for Defendant Auto Auction
    Services Corporation

# [**PROPOSED**] **ORDER**

Upon stipulation of the parties, and good cause appearing, the last day for Defendant AASC to file a responsive pleading to the complaint is August 25, 2008.

IT IS SO ORDERED.

Dated: July ____, 2008

THE HONORABLE JEFFREY S. WHITE
United States District Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Scheduling Order.  In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

Dated:  July 30, 2008                    SIDLEY AUSTIN LLP

By: /s/ Robert B. Martin III
Robert B. Martin III
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: 415-772-1200
Facsimile:   415-772-7400

Attorneys for Plaintiff Copart, Inc.