Samuel R. Miller (SBN 66871)
tscott@sidley.com
Robert B. Martin III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Attorneys For Plaintiff COPART, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>AUTO AUCTION SERVICES CORP., a Maryland corporation,<br><br>   Defendant. | Civil Action No. CV-08-3393-JSW<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

| | |
|---|---|
| 1 | **STIPULATION** |

WHEREAS, on July 14, 2008, Plaintiff Copart, Inc. ("Copart") filed a Complaint in this action;

WHEREAS, on July 16, 2008, Copart properly served Defendant Auto Auction Services Corporation ("AASC") with the Complaint pursuant to Federal Rule of Civil Procedure 4(h)(1)(B), thus setting August 5, 2008 as the last day for AASC to file a responsive pleading to the Complaint; *see* Fed. R. Civ. P. 12(a)(1)(A)(i);

WHEREAS, because of the complexity of the factual and legal issues presented in the Complaint, AASC needs additional time beyond August 5, 2008 to investigate properly the allegations made in the Complaint and prepare an appropriate responsive pleading;

WHEREAS, the parties have met and conferred regarding AASC's request to extend the time to file a responsive pleading to the Complaint to August 25, 2008, and counsel for Copart stipulates to the extension proposed herein;

WHEREAS, this Stipulation does not constitute a waiver by AASC of *any* defense, including but not limited to the defenses of lack of personal jurisdiction or improper venue. AASC expressly reserves its right to raise all defenses in response to the current Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the last day for AASC to file a responsive pleading to the Complaint is August 25, 2008.

Respectfully submitted,

Dated: July 30, 2008              SIDLEY AUSTIN LLP

By: /s/ Robert B. Martin III
    Robert B. Martin III
    Attorneys For Plaintiff Copart, Inc.

1 | Dated: July 30, 2008                           ALSTON & BIRD LLP

                                                By: /s/ Valarie C. Williams
                                                    Valarie C. Williams
                                                    Attorneys for Defendant Auto Auction
                                                    Services Corporation

1 **[PROPOSED] ORDER**

2 Upon stipulation of the parties, and good cause appearing, the last day for Defendant
3 AASC to file a responsive pleading to the complaint is August 25, 2008.

4

5 IT IS SO ORDERED.

6

7 August 5, 2008
  Dated: ~~July ____, 2008~~
8 _____
  THE HONORABLE JEFFREY S. WHITE
9 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28