1  **Samuel R. Miller (SBN 66871)**
   **tscott@sidley.com**
2  **Robert B. Martin III (SBN 235489)**
   **rbmartin@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 California Street, Suite 2000**
4  **San Francisco, California  94104**
   **Telephone:    (415) 772-1200**
5  **Facsimile:    (415) 772-7400**

6  **Attorneys For Plaintiff COPART, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART, INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>AUTO AUCTION SERVICES CORP., a Maryland corporation,<br><br>        Defendant. | Civil Action No. CV-08-3393-JSW<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

**STIPULATION AND [PROPOSED] SCHEDULING ORDER – CASE NO. CV-08-3393-JSW**

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, on July 14, 2008, Plaintiff Copart, Inc. ("Copart") filed a Complaint in |
| 3 | this action; |

WHEREAS, on July 16, 2008, Copart properly served Defendant Auto Auction Services Corporation ("AASC") with the Complaint pursuant to Federal Rule of Civil Procedure 4(h)(1)(B), thus setting August 5, 2008 as the last day for AASC to file a responsive pleading to the Complaint; *see* Fed. R. Civ. P. 12(a)(1)(A)(i);

WHEREAS, because of the complexity of the factual and legal issues presented in the Complaint, AASC needs additional time beyond August 5, 2008 to investigate properly the allegations made in the Complaint and prepare an appropriate responsive pleading;

WHEREAS, the parties have met and conferred regarding AASC's request to extend the time to file a responsive pleading to the Complaint to August 25, 2008, and counsel for Copart stipulates to the extension proposed herein;

WHEREAS, this Stipulation does not constitute a waiver by AASC of *any* defense, including but not limited to the defenses of lack of personal jurisdiction or improper venue. AASC expressly reserves its right to raise all defenses in response to the current Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the last day for AASC to file a responsive pleading to the Complaint is August 25, 2008.

Respectfully submitted,

Dated: July 30, 2008                              SIDLEY AUSTIN LLP


                                                  By: /s/ Robert B. Martin III
                                                  Robert B. Martin III
                                                  Attorneys For Plaintiff Copart, Inc.

---

**STIPULATION AND [PROPOSED] SCHEDULING ORDER – CASE NO. CV-08-3393-JSW**

1

| | | |
|---|---|---|
| 1 | Dated: July 30, 2008 | ALSTON & BIRD LLP |

By: /s/ Valarie C. Williams
Valarie C. Williams
Attorneys for Defendant Auto Auction
Services Corporation

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, the last day for Defendant AASC to file a responsive pleading to the complaint is August 25, 2008.

IT IS SO ORDERED.

Dated: ~~July ____, 2008~~ August 5, 2008

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge