Elizabeth H. Rader (SBN 184963)
elizabeth.rader@alston.com
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 838-2000

Valarie Williams (*Pending Pro Hac Vice Admission*)
valarie.williams@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Attorneys for Defendant
AUTO AUCTION SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART, INC., a California corporation, | Civil Action No. CV-08-3393-JSW |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO L.R. 3-16** |
| v. | |
| AUTO AUCTION SERVICES CORP., a Maryland corporation, | |
| Defendant. | |

**CERTIFICATION OF INTERESTED
ENTITIES PURSUANT TO L.R. 3-16**

**CASE NO. CV-08-3393-JSW**

1

**CERTIFICATION OF INTERESTED ENTITIES**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(1) Auto Auction Services Corporation ("AASC"), defendant in this action;

(2) Manheim Auctions, Inc., shareholder of AASC;

(3) ADESA, Inc., shareholder of AASC;

(4) ServNet Auction Group, shareholder of AASC;

(5) Independent Auto Auction Services Corporation, shareholder of AASC;

(6) Insurance Auto Auctions, Inc., affiliate of ADESA, Inc.;

(7) Total Resource Auctions, affiliate of Manheim Auctions, Inc.;

(8) Cox Enterprises, Inc., indirect shareholder of AASC;

(9) KAR Holdings, Inc., indirect shareholder of AASC; and

(10) Copart, Inc., plaintiff in this action.

Defendant will correct and update this list if it determines that additional interested entities or persons must be disclosed.

Respectfully submitted this 25th day of August, 2008.

By:    /s/
Elizabeth H. Rader (SBN 184963)
elizabeth.rader@alston.com
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Tel: (650) 838-2000

1
2   Valarie Williams
    *Pending Pro Hac Vice Admission*
3   valarie.williams@alston.com
    ALSTON & BIRD LLP
4   One Atlantic Center
    1201 West Peachtree Street
5   Atlanta, Georgia 30309-3424
    Tel:  (404) 881-7000
6   Fax:  (404) 881-7777
7
    Attorneys for Defendant
8   AUTO AUCTION SERVICES CORP.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATION OF INTERESTED**        **CASE NO. CV-08-3393-JSW**
**ENTITIES PURSUANT TO L.R. 3-16**

SF1 1505555v.1

3