Elizabeth H. Rader (SBN 184963)
elizabeth.rader@alston.com
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 838-2000

Valarie Williams (*Pending Pro Hac Vice Admission*)
valarie.williams@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Attorneys for Defendant
AUTO AUCTION SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AUTO AUCTION SERVICES CORP., a Maryland corporation,<br><br>　　　　　　Defendant. | Civil Action No. CV-08-3393-JSW<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Auto Auction Services Corporation ("AASC") certifies that as of this date AASC has no parent corporation and the following publicly held companies own 10% or more of AASC's stock:

1) Cox Enterprises, Inc., indirect shareholder of AASC;

2) KAR Holdings, Inc., indirect shareholder of AASC.

Respectfully submitted this 25th day of August, 2008.

By:  /s/
Elizabeth H. Rader (SBN 184963)
elizabeth.rader@alston.com
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 838-2000

Valarie Williams
*Pending Pro Hac Vice Admission*
valarie.williams@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Attorneys for Defendant
AUTO AUCTION SERVICES CORP.