1  Elizabeth H. Rader (SBN 184963)
   elizabeth.rader@alston.com
2  ALSTON & BIRD LLP
   Two Palo Alto Square
3  3000 El Camino Real, Suite 400
   Palo Alto, California  94306
4  Tel: (650) 838-2000

5  Valarie Williams (*Pending Pro Hac Vice Admission*)
   valarie.williams@alston.com
6  ALSTON & BIRD LLP
   One Atlantic Center
7  1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
8  Tel:  (404) 881-7000
   Fax:  (404) 881-7777
9

10 Attorneys for Defendant
   AUTO AUCTION SERVICES CORP.

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14

15
   COPART, INC., a California corporation,    )  Civil Action No. CV-08-3393-JSW
16                                            )
17                                            )
                  Plaintiff,                  )  **[PROPOSED] ORDER GRANTING AASC'S**
18                                            )  **MOTION TO DISMISS**
   v.                                         )
19                                            )  Date:       October 17, 2008
                                              )  Time:       9:00 a.m.
20 AUTO AUCTION SERVICES CORP., a             )  Judge:      Jeffrey S. White
   Maryland corporation,                      )  Courtroom:  2
21                                            )
                  Defendant.                  )
22 _____)

23

24
        This matter came on for hearing before this Court on October 17, 2008.  Having considered
25
   the motion of Defendant Auto Auction Services Corporation ("AASC") to dismiss Plaintiff's
26
   Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the
27
   supporting and opposing papers, the pleadings and papers on file with the Court, and good cause
28

1  appearing therefore, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss with prejudice

2  is GRANTED.

3

4

5

6

7  Dated: _____          _____

8                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28