1  Elizabeth H. Rader (SBN 184963)
   elizabeth.rader@alston.com
2  ALSTON & BIRD LLP
   Two Palo Alto Square
3  3000 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Tel: (650) 838-2000

5  Valarie Williams (*Pending Pro Hac Vice Admission*)
   valarie.williams@alston.com
6  ALSTON & BIRD LLP
   One Atlantic Center
7  1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
8  Tel: (404) 881-7000
   Fax: (404) 881-7777
9

10 Attorneys for Defendant
   AUTO AUCTION SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART, INC., a California corporation, | Civil Action No. CV-08-3393-JSW |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| AUTO AUCTION SERVICES CORP., a Maryland corporation, | |
| Defendant. | |

# PROOF OF SERVICE

I am employed in the County of Fulton, State of Georgia. I am over the age of 18 and not a party to the action. My business address is Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309.

On August 26, 2008, I served the following document(s) described as:

**PRO HAC VICE ADMISSION APPLICATION**
**PROPOSED ORDER FOR PRO HAC VICE ADMISSION**

on all interested parties in this action as follows:

Samuel R. Miller
srmiller@sidley.com
Robert B. Martin III
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Alston & Bird LLP, Atlanta, Georgia. I am readily familiar with the firm's business practice of collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of Georgia that the above is true and correct.

Executed on the 26th day of August, 2008 at Atlanta, Georgia.

By: /s/ Holly Peace
Holly Peace