1  Elizabeth H. Rader (SBN 184963)
   elizabeth.rader@alston.com
2  ALSTON & BIRD LLP
   Two Palo Alto Square
3  3000 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Tel: (650) 838-2000

5  Valarie Williams (*Pending Pro Hac Vice Admission*)
   valarie.williams@alston.com
6  ALSTON & BIRD LLP
   One Atlantic Center
7  1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
8  Tel: (404) 881-7000
   Fax: (404) 881-7777
9

10 Attorneys for Defendant
   AUTO AUCTION SERVICES CORP.
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14

15

16 COPART, INC., a California corporation,  ) Civil Action No. CV-08-3393-JSW
                                             )
17                                           )
          Plaintiff,                         ) **NOTICE CONTINUING HEARING DATE**
18                                           ) **OF AASC'S MOTION TO DISMISS**
   v.                                        )
19                                           ) Date:      December 12, 2008
                                             ) Time:      9:00 a.m.
20 AUTO AUCTION SERVICES CORP., a            ) Judge:     Jeffrey S. White
   Maryland corporation,                     ) Courtroom: 2
21                                           )
          Defendant.                         )
22 _____ )

23

24        TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

25        PLEASE TAKE NOTICE that pursuant to L.R. 7-7(a), Defendant Auto Auction Services

26 Corporation ("AASC") hereby continues the hearing date of its Motion to Dismiss Pursuant to Rule

27 12(b)(6) Federal Rules of Civil Procedure, originally noticed for October 17, 2008, to December 12,

28 2008.

| | |
|---|---|
| Dated: August 28, 2008 | By:           /s/          <br>Elizabeth H. Rader (SBN 184963)<br>elizabeth.rader@alston.com<br>ALSTON & BIRD LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, California  94306<br>Tel: (650) 838-2000<br><br>Valarie Williams<br>*Pending Pro Hac Vice Admission*<br>valarie.williams@alston.com<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Tel:  (404) 881-7000<br>Fax:  (404) 881-7777<br><br>Attorneys for Defendant<br>AUTO AUCTION SERVICES CORP. |