IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART INC, <br><br> Plaintiff, <br><br> v. <br><br> AUTO AUCTION SERVICES CORP., <br><br> Defendant. <br> _____ / | No. C 08-03393 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

This matter is set for a hearing on December 12, 2008 on Defendant Auto Auction Services Corporation's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than September 12, 2008 and a reply brief shall be filed by no later than September 19, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 29, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE