1  Elizabeth H. Rader (SBN 184963)
   elizabeth.rader@alston.com
2  ALSTON & BIRD LLP
   Two Palo Alto Square
3  3000 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone: 650-838-2000

5  Valarie Williams (*Pending Pro Hac Vice Admission*)
   valarie.williams@alston.com
6  ALSTON & BIRD LLP
   One Atlantic Center
7  1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
8  Tel: (404) 881-7000
   Fax: (404) 881-7777

9
   Attorneys for Defendant
10 AUTO AUCTION SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| COPART, INC., a California corporation, | Case No. CV-08-3393-JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| AUTO AUCTION SERVICES CORP., a Maryland corporation, | |
| Defendant. | |

1 | Valarie Williams, an active member in good standing of the bar of the State of Georgia and
2 | admitted to practice before the highest court in the state, the Supreme Court of Georgia, whose
3 | business address and telephone number is:

> ALSTON & BIRD LLP
> One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, Georgia 30309-3424
> Tel: (404) 881-7000
> Fax: (404) 881-7777

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Auto Auction Services Corp., a Maryland corporation, IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: SEP 0 3 2008

_____
Jeffrey S. White
United States District Judge