**Samuel R. Miller (SBN 66871)**
srmiller@sidley.com
**Robert B. Martin III (SBN 235489)**
rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
**555 California Street, Suite 2000**
**San Francisco, California 94104**
**Telephone:** (415) 772-1200
**Facsimile:** (415) 772-7400

**Attorneys for Plaintiff COPART, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART, INC., a California corporation, | Case No. CV 08-3393 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| vs. | |
| AUTO AUCTION SERVICES CORP., a Maryland corporation, | |
| Defendant. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process: Mediation (ADR L.R. 6).

The parties agree to hold the mediation session within ninety days from the Court's ruling on defendant's pending motion to dismiss.

DATED: September 26, 2008        SIDLEY AUSTIN LLP

By: /s/ Robert B. Martin III
Attorney for Copart, Inc.

DATED: September 26, 2008        ALSTON & BIRD LLP

By: /s/ Valarie Williams
Attorney for Auto Auction Services Corp.

2
**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. CV 08-3393 JSW**

SF1 1512426v.1

## [PROPOSED] ORDER

Pursuant to the stipulation above, this matter is hereby referred to mediation. The deadline for the mediation session is ninety days from the Court's ruling on defendant's pending motion to dismiss. This order does not modify or stay any other deadlines or obligations by the parties in this litigation, including but not limited to any disclosure or discovery requirements.

IT IS SO ORDERED.

Dated:  September 29  , 2008         _____
                                    The Honorable Jeffrey S. White
                                    UNITED STATES DISTRICT JUDGE

3
**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. CV 08-3393 JSW**

SF1 1512426v.1