Samuel R. Miller (SBN 66871)
srmiller@sidley.com
Robert B. Martin III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:      (415) 772-1200
Facsimile:       (415) 772-7400

Attorneys For Plaintiff COPART, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COPART, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AUTO AUCTION SERVICES CORP., a Maryland corporation,<br><br>                    Defendant. | Case No. CV 08-3393 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:   December 12, 2008<br>Time:  9:00 a.m.<br>Judge: Honorable Jeffrey S. White |

1

WHEREAS, on August 25, 2008, Defendant Auto Auction Services Corporation ("AASC") filed a Motion to Dismiss the Complaint in this matter;

WHEREAS, on August 29, 2008, the Court set December 12, 2008 as the hearing date for AASC's Motion to Dismiss;

WHEREAS, on September 15, 2008, the Court set December 12, 2008 as the date for the Initial Case Management Conference, to follow the hearing on AASC's Motion to Dismiss;

WHEREAS, on December 9, 2008, the parties reached a tentative agreement-in-principle to resolve amicably their disputes related to this matter, but anticipate needing additional time to formalize that tentative agreement-in-principle;

WHEREAS, in the interests of judicial economy and to encourage settlement, the parties agreed to continue the hearing on AASC's Motion to Dismiss and the Initial Case Management Conference;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the hearing on AASC's Motion to Dismiss and the Initial Case Management Conference are continued to February 13, 2009.


Respectfully submitted,

Dated: December 9, 2008                    SIDLEY AUSTIN LLP


                                           By: /s/ Robert B. Martin III
                                           _____
                                               Robert B. Martin III
                                               Attorneys For Plaintiff Copart, Inc.


Dated: December 9, 2008                    ALSTON & BIRD LLP


                                           By: /s/ Valarie C. Williams
                                           _____
                                               Valarie C. Williams
                                               Attorneys for Defendant Auto Auction
                                               Services Corp.

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, the hearing on AASC's Motion to Dismiss and the Initial Case Management Conference are continued to February 13, 2009.

IT IS SO ORDERED.

Dated: December 10, 2008

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

3
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO
DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE - CASE NO. CV 08-3393 JSW