1  **Samuel R. Miller (SBN 66871)**
   **srmiller@sidley.com**
2  **Robert B. Martin III (SBN 235489)**
   **rbmartin@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 California Street, Suite 2000**
4  **San Francisco, California  94104**
   **Telephone:        (415) 772-1200**
5  **Facsimile:         (415) 772-7400**

6  **Attorneys For Plaintiff COPART, INC.**

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  COPART, INC., a California corporation,        )   Case No. CV 08-3393 JSW
                                                   )
13                                                 )   **STIPULATION OF FINAL DISMISSAL**
                      Plaintiff,                   )   **WITH PREJUDICE**
14                                                 )
                                                   )
15            vs.                                  )
                                                   )
16                                                 )
    AUTO AUCTION SERVICES CORP., a                 )
17  Maryland corporation,                          )
                                                   )
18                    Defendant.                   )
                                                   )
19  _____       )

20

21

22

23

24

25

26

27

28

---

**STIPULATION OF FINAL DISMISSAL WITH PREJUDICE - CASE NO. CV 08-3393 JSW**

SF1 1520401v.1

1

## **STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

2      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

3  Copart, Inc. hereby voluntarily dismisses the above-captioned action in its entirety, with prejudice.

4  The parties will bear their own costs.

5  Dated: February 9,  2009                     SIDLEY AUSTIN LLP

6

7

8                                               By:  /s/ Samuel R. Miller
                                                     Samuel R. Miller
9                                                    Attorneys For Plaintiff Copart, Inc.

10  Dated: February 9,  2009                    ALSTON & BIRD LLP

11

12

13                                              By:  /s/ Valarie Williams
                                                     Valarie Williams
14                                                   Attorneys For Defendant Auto Auction
                                                     Services Corporation

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                2

SF1 1520401v.1

1

**SIGNATURE ATTESTATION**

2          I am the ECF User whose identification and password are being used to file the

3    foregoing Stipulation of Final Dismissal With Prejudice.  In compliance with General Order 45.X.B.,

4    I hereby attest that each of the other signatories has concurred in this filing.

5

6    Dated:  February 9, 2009                              SIDLEY AUSTIN LLP

7
                                                           By:  /s/ Robert B. Martin
8                                                               Robert B. Martin
                                                                SIDLEY AUSTIN LLP
9                                                               555 California Street, Suite 2000
                                                                San Francisco, CA  94104—1715
10                                                              Telephone:        (415) 772-1200\
                                                                Facsimile:        (415) 772-7400
11
                                                                Attorneys for Plaintiff Copart, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**STIPULATION OF FINAL DISMISSAL WITH PREJUDICE - CASE NO. CV 08-3393 JSW**

SF1 1520401v.1